JOSEPH STIEGLITZ, JR., an Infant, by JOSEPH STIEGLITZ, SR., His Guardian ad Litem, Appellant, v. GEORGE F. STEWART and ROBERT STEWART, Respondents. FLORENCE STIEGLITZ, Appellant, v. GEORGE F. STEWART and ROBERT STEWART, Respondents. JOSEPH STIEGLITZ, SR., Appellant, v. GEORGE F. STEWART and ROBERT STEWART, Respondents.— Motion for reargument denied, with ten dollars

costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.